UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SUE GRANGER | : | DOCKET NO. 2:22-cv-04719 |
| VERSUS | : | JUDGE JAMES D CAIN, JR. |
| STATE FARM FIRE & CASUALTY CO, ET AL. | : | MAGISTRATE JUDGE KAY |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 25], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Sue Granger's voluntary motion to dismiss without prejudice [doc. 24] is **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 2nd day of October, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE